FILED
CLERK, U.S. DISTRICT COURT
3/24/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00142-ODW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2113(b): Bank Larceny] |
| GENE CLARK VIZCONDE CONTRERAS, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH TWENTY-THREE

[18 U.S.C. § 2113(b)]

On or about the following dates, in the following counties, within the Central District of California, defendant GENE CLARK VIZCONDE CONTRERAS knowingly took and carried away, with the intent to steal and purloin, money and things of value exceeding $1,000, namely, cash in the following amounts, belonging to, and in the care, custody, control, management, and possession of Bank of America, N.A., a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation:

| COUNT | DATE(S) | APPROXIMATE AMOUNT | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|---|
| ONE | November 10, 2021 | $3,860 | 1096 Coast Village Road, Santa Barbara, California | Santa Barbara | ICAH3787 |
| TWO | December 10, 2021 | $1,420 | 1096 Coast Village Road, Santa Barbara, California | Santa Barbara | ICAH3787 |
| THREE | February 10, 2022 | $1,375 | 1096 Coast Village Road, Santa Barbara, California | Santa Barbara | ICAH3787 |
| FOUR | October 30, 2021 | $5,220 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| FIVE | January 5, 2022 | $14,810 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| SIX | January 21, 2022 | $6,560 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| SEVEN | February 14, 2022 | $4,949 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| EIGHT | December 12, 2021 | $6,350 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH4323 |
| NINE | January 22, 2022 | $2,300 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH4323 |

| COUNT | DATE(S) | APPROXIMATE AMOUNT | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|---|
| TEN | January 21, 2022 | $9,400 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH5914 |
| ELEVEN | January 1, 2022 | $4,956 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH1078 |
| TWELVE | January 11, 2022 | $3,861 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH1078 |
| THIRTEEN | December 15, 2021 | $9,030 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH7782 |
| FOURTEEN | February 2, 2022 | $2,268 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH7782 |
| FIFTEEN | February 24, 2022 | $2,015 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH7782 |
| SIXTEEN | December 11, 2021 | $1,460 | 205 West Ojai Avenue, Ojai, California | Ventura | ICAH2867 |

| COUNT | DATE(S) | APPROXIMATE AMOUNT | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|---|
| SEVENTEEN | January 4, 2022 | $2,937 | 205 West Ojai Avenue, Ojai, California | Ventura | ICAH2867 |
| EIGHTEEN | February 6, 2022 | $2,079 | 205 West Ojai Avenue, Ojai, California | Ventura | ICAH5926 |
| NINETEEN | February 24, 2022 | $2,196 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH2761 |
| TWENTY | October 29, 2021 | $4,250 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH7205 |
| TWENTY-ONE | November 22, 2021 | $7,558 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH7205 |
| TWENTY-TWO | January 31, 2022 | $1,900 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH7205 |
| TWENTY-THREE | November 23, 2021, | $5,800 | 1102 Higuera Street, San Luis Obispo, California | San Luis Obispo | ICAH6640 |

4

COUNTS TWENTY-FOUR THROUGH TWENTY-SEVEN

[18 U.S.C. § 2113(b)]

On or about the following dates, in Ventura County, within the Central District of California, defendant GENE CLARK VIZCONDE CONTRERAS knowingly took and carried away, with the intent to steal and purloin, money and things of value exceeding $1,000, namely, cash in the following amounts, belonging to, and in the care, custody, control, management, and possession of JPMorgan Chase Bank, N.A., a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation:

| COUNT | DATE(S) | APPROXIMATE AMOUNT | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|---|
| TWENTY-FOUR | January 6, 2022 | $5,400 | 2181 North Rose Avenue, Oxnard, California | Ventura | CA4351 |
| TWENTY-FIVE | February 6, 2022 | $4,500 | 2181 North Rose Avenue, Oxnard, California | Ventura | CA4351 |
| TWENTY-SIX | January 11, 2022 | $2,460 | 539 W. Harvard Boulevard, Santa Paula, California | Ventura | CA0821 |
| TWENTY-SEVEN | January 28, 2022 | $6,560 | 310 S. Wells Road, Ventura, California | Ventura | CA9111 |

5

COUNTS TWENTY-EIGHT THROUGH FIFTY-EIGHT

[18 U.S.C. § 2113(b)]

On an unknown date within the following periods, in the following counties, within the Central District of California, defendant GENE CLARK VIZCONDE CONTRERAS knowingly took and carried away, with the intent to steal and purloin, money and things of value belonging to, and in the care, custody, control, management, and possession of Bank of America, N.A., a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation:

| COUNT | DATE(S) | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|
| TWENTY-EIGHT | February 18, 2022 through February 22, 2022 | 1096 Coast Village Road, Santa Barbara, California | Santa Barbara | ICAH3787 |
| TWENTY-NINE | August 5, 2021 through September 3, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| THIRTY | September 3, 2021 through September 29, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| THIRTY-ONE | October 12, 2021 through October 29, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| THIRTY-TWO | November 9, 2021 through December 7, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| THIRTY-THREE | December 13, 2021 through December 29, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |
| THIRTY-FOUR | February 8, 2022 through February 11, 2022 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH3219 |

| COUNT | DATE(S) | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|
| THIRTY-FIVE | October 11, 2021 through October 26, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH4323 |
| THIRTY-SIX | October 26, 2021 through November 18, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH4323 |
| THIRTY-SEVEN | November 18, 2021 through December 7, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH4323 |
| THIRTY-EIGHT | December 13, 2021 through January 15, 2022 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH4323 |
| THIRTY-NINE | February 4, 2022 through February 7, 2022 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH4323 |
| FORTY | September 17, 2021 through October 25, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH5914 |
| FORTY-ONE | November 26, 2021 through December 6, 2021 | 1855 North Oxnard Boulevard, Oxnard, California | Ventura | ICAH5914 |
| FORTY-TWO | January 13, 2022 through February 18, 2022 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH1078 |
| FORTY-THREE | October 19, 2021 through December 6, 2021 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH7782 |
| FORTY-FOUR | December 30, 2021 through January 4, 2022 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH7782 |

| COUNT | DATE(S) | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|
| FORTY-FIVE | January 7, 2022 through January 13, 2022 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH7782 |
| FORTY-SIX | February 9, 2022 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH7782 |
| FORTY-SEVEN | July 13, 2021 through August 26, 2021 | 755 West Channel Islands Boulevard, Port Hueneme, California | Ventura | ICAH1051 |
| FORTY-EIGHT | September 13, 2021 through October 12, 2021 | 205 West Ojai Avenue, Ojai, California | Ventura | ICAH2867 |
| FORTY-NINE | February 15, 2022 | 205 West Ojai Avenue, Ojai, California | Ventura | ICAH2867 |
| FIFTY | August 24, 2021 through August 30, 2021 | 205 West Ojai Avenue, Ojai, California | Ventura | ICAH5926 |
| FIFTY-ONE | January 4, 2022 | 205 West Ojai Avenue, Ojai, California | Ventura | ICAH5926 |
| FIFTY-TWO | September 15, 2021 through November 2, 2021 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH2761 |
| FIFTY-THREE | January 12, 2022 through February 23, 2022 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH2761 |
| FIFTY-FOUR | August 14, 2021 through October 9, 2021 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH6825 |
| FIFTY-FIVE | October 9, 2021 through November 17, 2021 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH6825 |

| COUNT | DATE(S) | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|
| FIFTY-SIX | January 3, 2022 through February 14, 2022 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH6825 |
| FIFTY-SEVEN | July 12, 2021 through September 17, 2021 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH7205 |
| FIFTY-EIGHT | December 11, 2021 through January 14, 2022 | 2400 East Ponderosa Drive, Camarillo, California | Ventura | ICAH7205 |

COUNTS FIFTY-NINE AND SIXTY

[18 U.S.C. § 2113(b)]

On an unknown date within the following periods, in Ventura County, within the Central District of California, defendant GENE CLARK VIZCONDE CONTRERAS knowingly took and carried away, with the intent to steal and purloin, money and things of value belonging to, and in the care, custody, control, management, and possession of

///

///

JPMorgan Chase Bank, N.A., a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation:

| COUNT | DATE(S) | LOCATION | COUNTY | ATM ID. NO. |
|---|---|---|---|---|
| FIFTY-NINE | December 26, 2021 through December 29, 2021 | 2181 North Rose Avenue, Oxnard, California | Ventura | CA4351 |
| SIXTY | December 31, 2021 through January 1, 2022 | 2181 North Rose Avenue, Oxnard, California | Ventura | CA4351 |

A TRUE BILL

          /s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

LYNDSI ALLSOP
Assistant United States Attorney
Violent & Organized Crime Section